IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Marvin J. Todd; Carolyn Diane Todd, | ) | C/A: 3:10cv787-JFA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The deadlines in the most recent scheduling order (ECF No. 60) are hereby stayed until a determination has been made as to who will represent the plaintiffs in this action from this point forward.

IT IS SO ORDERED.

June 6, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1