IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marvin J. Todd and Carolyn Diane Todd, | ) C/A No.: 3:10-cv-787-JFA |
| v. | ) **ORDER REGARDING** |
| Ford Motor Co. | ) **WITHDRAWAL OF ATTORNEY** |

The court has permitted Richard Briebart to withdraw as attorney of record for Marvin J. Todd and Carolyn Diane Todd in this action. The court will allow the client thirty (30) days within which to notify the court of the identity of the new attorney to represent the client in this case or, alternatively, of the client's desire to proceed with this litigation without an attorney.[1] To this end, the client shall, within thirty (30) days from the date of this order, complete the attached notice and mail it to the clerk of court at the address indicated. If the client fails to file the attached letter with the clerk within the time prescribed, the court will assume that the client intends to proceed in this litigation without the benefit of an attorney. If the client chooses to proceed pro se, it remains responsible for insuring that the Clerk of Court has a current accurate address.

If no new attorney is obtained, the client is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or a pleading.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 13, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] If any party to this litigation is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

      __Name_____

      __Address_____

      _____

The Honorable Larry Propes
Clerk of Court
United States District Court
1845 Assembly Street
Columbia, South Carolina  29201-2455

    In Re:  _____

Dear Mr. Propes:

    In response to Judge Anderson's order, I wish to advise as follows:

_____    1.    I have obtained a new attorney to represent me in this matter. His [or her] name, address, and telephone number are as follows:

        _____

        _____

        OR

_____    2.    I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address. [Note: a corporate defendant must retain counsel].

_____
Signature of Client