IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Marvin J. Todd and Carolyn Diane Todd, | C/A No.: 3:10-cv-787-JFA |
| Plaintiffs, | **ORDER RELIEVING** |
| v. | **COUNSEL FOR PLAINTIFF** |
| Ford Motor Co., Inc., | |
| Defendant. | |

Shannon A. Davis and W. Jonathan Harling, counsel for plaintiffs, Marvin and Carolyn Todd, have moved to withdraw as counsel. The plaintiffs appeared before this court and confirmed that these attorneys have informed the clients of the request. Furthermore, this court has been provided with the clients' last known address.

This court, therefore, finds that both Shannon A. Davis and W. Jonathan Harling are entitled to withdraw from this action. This order will be forwarded by United States mail to the clients at the address provided by counsel:

    222 Founders Blvd
    Lexington, SC 29073

The attorneys relieved shall have no further obligations to the court in this matter.

IT IS SO ORDERED.

July 17, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge